FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2022

No. 04-22-00301-CR

Jack Edward **MILLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 633088
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

On October 12, 2022, appellant filed a motion requesting an extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due **no later than November 14, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court